IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KERRY BEGAY,

    Plaintiff,

v.                                                                     No. 22-cv-0781 WJ-KRS

JOHN T. BECKSTEAD, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Prisoner Civil Rights Complaint (Doc. 2). To prosecute this case, Plaintiff must prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis* within thirty (30) days of entry of this Order. *See* 28 U.S.C. § 1915(a)(2). Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions between April 20, 2022 and October 20, 2022. All filings must include the case number (22-cv-0781 WJ-KRS). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement reflecting transactions between **April 20, 2022 and October 20, 2022**; and the Clerk's Office shall **MAIL** Plaintiff a blank *in forma pauperis* motion.

                                                                          _____
                                                                      UNITED STATES MAGISTRATE JUDGE