IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KERRY BEGAY,

     Plaintiff,

v.                                        No. 22-cv-0781 WJ-KRS

JOHN T. BECKSTEAD, *et al*,

     Defendants.

**ORDER GRANTING EXTENSION**

This matter is before the Court on Plaintiff's Motion to Extend Time (Doc. 5) (Motion). The Court previously fixed a deadline of December 3, 2022 for Plaintiff to prepay the $402 filing fee, or alternatively, file a motion to proceed in forma pauperis along with an inmate account statement. Plaintiff requests an unspecified extension because prison staff have not yet printed his account statement. The Court finds good cause to grant the Motion and will extend the cure deadline through January 15, 2023.

**IT IS ORDERED** that Plaintiff's Motion to Extend Time (**Doc. 5**) is **GRANTED**; and Plaintiff has until **January 15, 2023** to either prepay the $402 filing fee, or alternatively, file a motion to proceed in forma pauperis along with an account statement reflecting transactions between April 20, 2022 and October 20, 2022. The failure to timely comply will result in dismissal of this case without further notice.

                                                  _____
                                              UNITED STATES MAGISTRATE JUDGE