IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KERRY BEGAY,

    Plaintiff,

v.                                                    No. 22-cv-781-WJ-KRS

JOHN T BECKSTEAD,
TYSON QUAIL,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION

This matter is before the Court on Plaintiff Kerry Begay's Motion seeking an extension of the deadline within which to submit an initial partial payment. (Doc. 10) (the "Motion"). In an Order Granting *In Forma Pauperis* Application, entered February 9, 2023, (Doc. 9), the Court set a thirty-day deadline for Begay to submit an initial partial payment of $24.73. In the Motion, Begay seeks a seven-day extension of the deadline as he seeks to arrange to make the payment. (Doc. 10). The Court finds that the Motion is well taken and should be granted. The Court will extend the deadline by an additional seven days from the entry of this Order.

    **IT IS ORDERED** that the Motion (Doc. 10) is **GRANTED**;

    **IT IS FURTHER ORDERED** that, within seven (7) days from entry of this order, Plaintiff shall send to the Clerk an initial partial payment of **$24.73**. All other provisions of the Court's Order Granting *In Forma Pauperis* Application, entered February 9, 2023, (Doc. 9), remain in full force and effect.

UNITED STATES MAGISTRATE JUDGE