IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KERRY BEGAY,

    Plaintiff,

v.                                                                                                              No. 22-cv-781-WJ-KRS

JOHN T BECKSTEAD,
TYSON QUAIL,

    Defendant.

**ORDER TO SHOW CAUSE**

This matter comes before the Court *sua sponte* in connection with Kerry Begay's Prisoner Civil Rights Complaint (Doc. 1) (the "Complaint").

Begay filed the Complaint while he was incarcerated at the San Juan County Adult Detention Center in Farmington, New Mexico. The San Juan County Adult Detention Center's website shows that Begay is no longer in custody, but he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* http://sjcadc.net/NewWorld.InmateInquiry/NM024023C/.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Begay shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal of this case without further notice.

_____
UNITED STATES MAGISTRATE JUDGE